UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE L. JAMES RIVERS and MICHAEL L .RIVERS, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| A+ CARE SOLUTIONS, INC. | CASE NO: 15-1039-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissing Without Prejudice entered on August 15, 2017, this cause is hereby DISMISSED without prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/22/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)  Deputy Clerk