# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **DOMINIQUE L. JAMES RIVERS and, MICHAEL L. RIVERS,** | **JUDGMENT IN A CIVIL CASE** *AMENDED* |
| Plaintiffs, | |
| vs. | |
| **A+ CARE SOLUTIONS, INC.,** | CASE NO: 15-1039-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order of Dismissal entered on January 31, 2018, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/31/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk